IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HANAMINT CORPORATION, INC., )
)
        Plaintiff, )
)
  v. )    1:06CV00450
)
ALLIANT MARKETING GROUP, LLC; )
HOME CASUAL ENTERPRISES, LLC; )
CASUAL HOME ENTERPRISES, LTD; and )
HOME CASUAL ENTERPRISES )
COMPANY, LTD, )
)
        Defendants. )

## ORDER

BEATY, Chief Judge.

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED that the Motions to Dismiss by Defendants Alliant and HCE, LLC [Document #12] and by Defendants CHE, Ltd. and HCE, Ltd. [Document #20] are hereby DENIED.

This, the 8th day of March, 2007.

                                        _____
                                        United States District Judge